JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MULLENS,<br><br>            Petitioner,<br>    vs.<br>KELLY HARRINGTON,<br>Warden,<br><br>            Respondent. | Case No. CV 09-9118-RSWL (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that respondent's Motion to Dismiss is granted and that the Petition is denied and this action is dismissed without prejudice.

DATED: October 25, 2010

                                                                          RONALD S.W. LEW
                                                                          RONALD S. W. LEW
                                                                          Senior, U.S. District Court Judge